No. 79–5252. SHERRILL v. JAGO, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied. ▮▮▮▮▮

No. 79–5254. TAYLOR v. SAN DIEGO COUNTY DEPARTMENT OF PUBLIC WELFARE ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 79–5258. GASKINS v. ASHE, SHERIFF, ET AL. C. A. 1st Cir. Certiorari denied. ▮▮▮▮▮

No. 79–5260. FLORES v. HENDERSON, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 79–5261. HARRIS v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 79–5262. SMITH v. PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied. ▮▮▮▮▮

No. 79–5263. PEELER v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 79–5264. HOLT v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 79–5273. SINCLAIR v. NEW YORK. App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists. Certiorari denied.